UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **5:18-cv-01985-FMO (MAA)** | Date: **February 7, 2019** |
| Title **Daquan Eli Tribble v. G. Ramirez, *et al.*** | |

Present: The Honorable: MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:
N/A

Attorneys Present for Defendants:
N/A

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

On October 25, 2018, the Court received Plaintiff Daquan Eli Tribble's ("Plaintiff") notice regarding his change of address following his November 2, 2018 release from the High Desert Detention Center. (ECF No. 10.) In light of Plaintiff's release, on December 12, 2018, the Court issued an order requiring Plaintiff to submit an updated request to proceed *in forma pauperis* within 30 days following the date of the order. (ECF No. 11.)

To date, Plaintiff has not submitted an updated request to proceed *in forma pauperis*. Plaintiff is **ORDERED TO SHOW CAUSE** by **March 11, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files an updated request to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken. (A form Request to Proceed *In Forma Pauperis* with Declaration in Support for non-prisoners is attached to this order.) Alternatively, if Plaintiff no longer wishes to pursue this action, he may file a notice of voluntary dismissal. (A Notice of Dismissal form is attached to this order.)

**Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.
Attachments
Request to Proceed In Forma Pauperis (CV-60)
Notice of Dismissal (CV-09)

**Initials of Preparer:** cw