UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **5:18-cv-01985-FMO (MAA)**                                    Date:  **May 24, 2019**

Title  **Daquan Eli Tribble v. High Detention Desert Center** *et al.*

---

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

     On April 22, 2019, the Court issued a Memorandum Decision and Order Dismissing First Amended Complaint with Leave to Amend.  ("Order," ECF No. 13.)  The Court ordered Plaintiff Daquan Eli Tribble ("Plaintiff") to, within thirty days after the date of the Order, either file a Second Amended Complaint ("SAC") or advise the Court that Plaintiff does not intend to file a SAC.  (*Id*. at 1, 16.)  The Court explicitly cautioned Plaintiff that "**failure to timely file a SAC, or timely advise the Court that Plaintiff does not intend to file a SAC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**."  (*Id*. at 16–17.)

     To date, Plaintiff has filed neither a SAC nor a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **June 24, 2019** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

<u>Attachment</u> – Notice of Dismissal (CV-09)

|  |  |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |