# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAQUAN ELI TRIBBLE,<br><br>  Plaintiff,<br><br>   v.<br><br>G. RAMIREZ, *et al.*,<br><br>  Defendants. | Case No. 5:18-cv-01985-FMO (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, and the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that this lawsuit be dismissed without prejudice.

DATED:

August 13, 2019                                /s/
                                    FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE