# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAQUAN ELI TRIBBLE, | Case No. 5:18-cv-01985-FMO (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| G. RAMIREZ, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

August 13, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE